# METRO BOSTON ALIVE EDUCATIONAL CENTER INC.

116 Roxbury Street,
Roxbury, Ma. 02119                                    (617) 708-0266

March 25, 2019

Re: Mr. James Hardy

To Whom It May Concern:

This letter is to inform you that Mr. James Hardy was an out-patient client here at Metro Boston Alive Inc. he attended weekly meeting of recovery and volunteered here at our center three times a week.
James was a member of our Men's support group which met every Sunday mornings.

Mr. Hardy had shown some commitment towards recovery and self-improvement. We appreciated his volunteerism here at our center painting and light interior cleaning.  It is our hope that James' efforts to remain free from alcohol and another drug use will be supported.

Please feel free to contact me if I can be of further assistance.

Sincerely,

Gregory L. Davis
Executive Director

## POLITICAL NOTEBOOK

President Trump on Monday was expected to host about 100 guests, including convicted felons, at the White House for the "First Step Act Celebration," a party intended to bring attention to a rare piece of bipartisan legislation he passed last year and which he plans to highlight on the campaign trail.

The East Room fete will cap a day of events dedicated to overhauling the criminal justice system, an issue that agencies across the government have been asked to elevate. Labor Secretary Alexander Acosta is expected to participate in a panel on workforce development. Ben Carson, the secretary of Housing and Urban Development, is to lead a session about prisoner reentry. Ivanka Trump, the president's daughter and senior adviser, will weigh in on a session dealing with incarcerated women. Kim Kardashian, the reality star, was even invited to participate in the panels and the party, but couldn't attend.

Months after the legislation passed, and amid foreign policy blunders and a defeat on funding a wall along the southern border, Trump's administration is putting the issue front and center.

But some activists who helped work on the legislation — which would expand job training and early-release programs, and modify sentencing laws, including mandatory minimum sentences for nonviolent drug offenders — have expressed concern that Trump is more attuned to the political opportunities the law offers him, rather than with ensuring it is enacted effectively.

Despite the high-profile party and round tables — and the White House releasing a presidential proclamation declaring April "second chance month" — Trump's budget, released last month, listed only $14 million to pay for the First Step Act's programs. The law passed in December specifically asked for $75 million a year for five years, beginning in 2019. The funding gap was first reported by The Marshall Project.

Advocates participating in the events at the White House on Monday said they were hoping that officials would publicly address questions about funding the program.

"The answer is a resounding yes. We're fully committed to doing that," said JaRon Smith, a White House adviser who has worked extensively on the First Step Act implementation, referring to the funding.

Some activists have been more willing to give the Trump administration the benefit of the doubt, noting that the lower funding level for 2019 could be because First Step programs are not expected to be up and running until the end of August.

NEW YORK TIMES